DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRENCE COSGROVE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-465

[June 23, 2022]

Appeal of order denying rule 3.850 motion from the County Court for the Nineteenth Judicial Circuit, Indian River County; Michael Linn, Judge; L.T. Case No. 31207MM000688A.

Jonathan R. Kaplan of Jonathan R. Kaplan, LLC, Jupiter, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***